

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-14-00978-CV

Tomas Villegas, Appellant

v.

Denise Long, Appellee

Appealed from the County Civil Court at Law No 2 of Harris County. (Tr. Ct. No. 1024891). Opinion delivered Per Curiam.

**TO THE COUNTY CIVIL COURT AT LAW NO 2 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 12, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 8, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tomas Villegas.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, February 13, 2015.



**CHRISTOPHER A. PRINE, CLERK**